UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy WATSON, Defendant–
Appellant.

No. 02–6529.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Timothy Watson, Appellant Pro Se.
Donald Ray Wolthuis, Office of the United
States Attorney, Roanoke, Virginia, for
Appellee.

Before MICHAEL and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Timothy Watson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Watson,* Nos. CR–97–4; CA–00–874–7 (W.D.Va. Jan. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*